**In re Robert Lee HOOD, Petitioner.**

No. 03–6168.

United States Court of Appeals,
Fourth Circuit.

Submitted May 29, 2003.

Decided July 11, 2003.

Robert Lee Hood, Petitioner Pro Se.

Before LUTTIG, MOTZ, and SHEDD, Circuit Judges.

Petition denied by unpublished PER CURIAM opinion.

PER CURIAM.

Robert Lee Hood petitions for a writ of mandamus, alleging the district court has unduly delayed acting on his 28 U.S.C.A. § 2254 (West 1994 & Supp.2002) petition. He seeks an order from this court directing the district court to act. Our review of the docket sheet reveals that the district court dismissed his petition on March 10, 2003. Accordingly, because the district court has recently decided Hood's case, we deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court

and argument would not aid the decisional process.

*PETITION DENIED.*